AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE April 21, 2008 |
| NAME OF SERVER (PRINT) Mr. Dayanand Jadhav (Court Clerk) | TITLE Service of Summons [Case No. 1:08-cv-00641 ASS Date – 04/14/08] |

_Check one box below to indicate appropriate method of service_

☐ Served personally upon the defendant. Place where served: A-403, 4th floor, Sea Shell Apartment, Seven Bunglows, Versova, Andheri (West) Mumbai - 400061

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Mr. Rahul Seth (office staff)

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| USD 10.00 | USD 375.00 | USD - 385.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on April 21, 2008

Signature of Server: Dayanand Jadhav (Court Clerk)

Address of Server:
SINGHANIA & CO., LLP
83-C, Mittal Towers,
Nariman Point, Mumbai-400 021.
Tel.: 91-22-22049773/22851011
Fax: 91-22-22045960

RD8U2
RAHUL SHETH (STAFF)
21/4/2008

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.