UNITED STATES DISTRICT COURT
FOR THE DISCTRICT OF COLUMBIA

ELITE ENTERTAINMENT, INC }
Suite 200 }
11211 Waples Mill Road }
Fairfax, Virginia -22030 }
    Serve: Onkar N.Sharma }
        Sharma Law Group }
        9911 Georgia Avenue }
        Silver Spring. MD-20902 }
              Plaintiff }Case No.1:08-CV-00641
V. }
  }
HIMESH VIPINBHAI RESHAMMIYA }
d/b/a Himesh Reshammiya }
Movie Culture }
A-501, Sea Shell Apartments }
Seven Bungalows, }
Versova, ANDHERI (West) }
MUMBAI -400 061 }
              Defendant }

**PLAINTIFF'S SUPPLEMNETAL BRIEF IN SUPPORT OF MOTION FOR A PRELIMINARY INJUNCTION**

Plaintiff Elite Entertainment, Inc. ("Elite") supplements its Motion for a Preliminary Injunction, as follows:

**ELITE IS FACED WITH IMMEIDATE AND IRREPARABLE HARM**

This Honorable Court is requested to take a judicial notice of case entitled Wells Fargo Funding, Inc., et. al v. Vijay Taneja et. al., Case No. 1:08-CV-339 (JCC/TRJ) pending before the United States District Court for the Eastern District of Virginia. This case was filed on April 8, 2008. In this case Plaintiffs have alleged, among other claims, that Mr. Taneja's funding of the "Aap Kaa Surror"

movie in the amount of $16.5 million with Himesh Reshammiya has rendered Mr. Taneja a risk of leaving the country. (A copy of relevant page 1 and 5, appended of the Complaint, and Docket Sheet appended as Exh.1, are incorporated herein by reference). This is the same movie that is subject matter of Elite's Complaint before this Honorable Court. Upon Plaintiff's Motion for Ex-Parte Attachment, the Court has issued writs to attach the bank accounts over which Mr. Taneja has signatory authority (copies of orders dated April 9 and 11, 2008, appended as Exh.2, are incorporated herein by reference.

BB&T Bank Account Numbers  7531
                            8352
                            9865

Virginia Commerce Bank Account No.6607
Wachovia Bank A/c No.    (Unknown)
SunTrust Bank A/c No.    (Unknown)
Scot trade Account No.   (Unknown)
E Trade Account No.      (Unknown)

As a direct result of Mr. Himesh's refusal to provide, transfer, and deliver to Elite the documents identified in Exhibit B and C of the Complaint, (all documents relating to the movie "Aap kaa Surror"), Mr. Taneja is faced with the attachment of his bank accounts. This is adversely affecting Mr. Taneja's ability to continue to remain in business and conduct his personal life.

**WHEREFORE**, for all the foregoing reasons, Elite respectfully request that the Court Order, Himesh to immediately provide, transfer, and deliver to Elite:

1) Bank Statements from September 2006 to Current for Account Numbers:

   i) 110-050978-001, Hong Kong & Sanghai Banking Co.Ltd. Lokhandwala Branch, Andheri (West), Mumbai, India.

    ii)    All Accounts maintained by Himesh V. Reshammiya d/b/a Reshammiya Movie Culture with Dutsche Bank, and all other banks.

    iii)    All cancelled checks.

2) Evidence of all actual expenses e.g invoices, voucher and proof of payment of each expense items by cancelled check or other evidence of receipt for payment of actual expenses including but not limited to payments to each Artist, Director and his team, Technicians, Lab Editing, still photo and stock, music, travelling within and outside India, setting and properties, action and thriller expenses, costume for Artists, Dancers, Junior Artist, automobile expense, professional fees, conveyance, insurance, printing and stationary, promo, launch and distribution expenses, hotel charges, food expenses, and sound and light charges.

3) All files, books of records, documents, maintained in the regular course of business since September 2006.

4) All financial statements audited and/or unaudited since September 2006.

5) All tax returns since September 2006.

6) All items supplemented upon completion of discovery.

7) List of each live performance of Himesh since September 2006.

8) List each production released by Himesh since September 2006.

9) Bank statements from September 2006 to current for all bank account maintained by Himesh V. Reshammiya and / or Reshammiya Movie Culture to deposit the revenues generated by items 1 and 2 above.

10) All files, books of records documents for item 1 and 2 above, maintained in the regular course of business.

11) All financial statement audited and/or unaudited for item 1 and 2 above.

12) All tax returns since September 2006.

13) All items supplemented upon completion of discovery.

Dated : April 24, 2008.                    Respectfully Submitted
                                           Sharma Law Group

                                           By_____
                                                Onkar N. Sharma
                                                # 21780

Sharma Law Group
9911 Georgia Avenue
Silver Spring, MD-20902
Phone: 301-593-1983
Fax : 301-681-1222

## CERTIFICATE OF SERVICE

**I HEREBY** certify that on this 24th day of April, 2008, I have sent a copy of the foregoing Plaintiff's Supplemental Brief by Overnight Courier/First Class postage prepaid/hand delivered to :

    1) Atul Desai, Esquire

       (by email: atul.desai@kangacompany.com)

    2) By email: reshammiya@yahoo.com
       Mr. Himesh Vipinbhai Reshammiya
       d/b/a Himesh Reshammiya Movie Culture
       A-501, Sea Shell Apartments
       Seven Bungalows,
       Versova, Andheri (West)
       MUMBAI -400 061, India

                                                  Onkar N. Sharma

# **<u>EXHIBIT -1</u>**

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED
2008 APR -8  P 5: 13
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| WELLS FARGO FUNDING, INC. and WELLS FARGO BANK, N.A., <br><br>  Plaintiffs, <br><br> v. <br><br> VIJAY TANEJA and FINANCIAL MORTGAGE, INC., <br><br>  Defendants. | ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 1:08CV339 |

## COMPLAINT AND JURY DEMAND

Plaintiffs, Wells Fargo Funding, Inc. and Wells Fargo Bank, N.A. (collectively, "Wells Fargo") allege:

### SUMMARY

1. This action arises from a scheme by defendants Vijay Taneja ("Taneja") and Financial Mortgage, Inc. ("Financial Mortgage") (collectively, "Defendants") to defraud Wells Fargo and other loan purchasers by selling them residential mortgage loans without disclosing that the mortgage loans would never be recorded and that the properties securing the loans were, and would continue to be, encumbered by additional unrecorded mortgages.

2. Defendants' scheme was deviously simple. Financial Mortgage, a residential mortgage lender controlled by Taneja, entered into loan purchase agreements with Wells Fargo and other financial institutions whereby Wells Fargo and others would purchase closed loans originated and funded by Financial Mortgage. Financial Mortgage originated multiple mortgage loans to Taneja and other borrowers, often for the exact same dollar amount, on each subject

payments on the loan, pursue foreclosure or other remedies if the borrower defaults on the loan, and otherwise exercise rights granted to the lender by the loan.)

**B.    Taneja Produces $16.5 Million Movie In India.**

18.    In or around October 2006, Taneja announced plans to produce a movie in India entitled *"Aap Kaa Surroor The Moviee [sic] – The Real Luv [sic] Story"* ("*Aap Kaa Surroor*"). *Aap Kaa Surroor* starred Himesh Reshammiya, a well-known Indian entertainer, and had a reported budget of 750,000,000 rupees, or approximately $16.5 million at then-current exchange rates.

**C.    Financial Mortgage Fraudulently Issues $14.75 Million in Mortgages on Taneja's $6.1 Million House.**

19.    Shortly after production on *Aap Kaa Surroor* began, Taneja caused Financial Mortgage to loan him $14.75 million – an amount almost equal to the entire budget of the film. To secure the loan, Taneja caused Financial Mortgage to issue five separate "first" mortgages to himself on his primary residence in Fairfax, Virginia (the "Fairfax Property"), even though the Fairfax Property had an appraised value of only $6.1 million. On January 25, 2007, Financial Mortgage issued four separate "first" mortgages, each for $2.95 million (totaling $11.8 million), and a fifth mortgage for $2.95 million on January 30, 2007. In total, Financial Mortgage issued mortgages totaling $14.75 million for a property worth less half that amount.

20.    On or about February 8, 2007, Financial Mortgage sold one of the loans on the Fairfax Property to Wells Fargo.

21.    Taneja and Financial Mortgage knew that the loan on the Fairfax Property was not a valid, existing, and enforceable first lien on the Fairfax Property. Nevertheless, Taneja and

5

JURY

## U.S. District Court
## Eastern District of Virginia (Alexandria)
## CIVIL DOCKET FOR CASE #: 1:08-cv-00339-LO-TRJ

| | |
|---|---|
| Wells Fargo Funding, Inc. et al v. Taneja et al | Date Filed: 04/08/2008 |
| Assigned to: District Judge Liam O'Grady | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Thomas Rawles Jones, Jr | Nature of Suit: 370 Other Fraud |
| Demand: $75,000 | Jurisdiction: Diversity |
| Cause: 28:1332 Diversity-Fraud | |

**Plaintiff**

Wells Fargo Funding, Inc.     represented by **David Newton Webster, II**
Gilbert Heintz & Randolph LLP
1100 New York Ave NW
Suite 700
Washington, DC 20005-3987
(202) 772-2200
Email: websterd@gilbertrandolph.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Wells Fargo Bank, N.A.     represented by **David Newton Webster, II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Vijay Taneja     represented by **Robert Powel Trout**
Trout Cacheris PLLC
1350 Connecticut Ave NW
Suite 300
Washington, DC 20036
(202) 464-3300
Fax: (202) 463-3319
Email: rtrout@troutcacheris.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Financial Mortgage, Inc.     represented by **Robert Powel Trout**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/08/2008 | 1 | COMPLAINT against Vijay Taneja, Financial Mortgage, Inc. ( Filing fee $ 350 receipt number 100007822.), filed by Wells Fargo Funding, Inc., Wells Fargo Bank, N.A. (Attachments: # 1 exhibit B Part I, # 2 exhibit B Part II, # 3 Receipt) (nhall) (Additional attachment(s) added on 4/9/2008: # 4 Civil Cover Sheet) (nhall, ). (Entered: 04/09/2008) |
| 04/08/2008 | 2 | Summons Issued and given to attorney for service by SPS as to Vijay Taneja, Financial Mortgage, Inc. (nhall) (Entered: 04/09/2008) |
| 04/08/2008 | 3 | Financial Interest Disclosure Statement (Local Rule 7.1) by Wells Fargo Funding, Inc., Wells Fargo Bank, N.A. (nhall) (Entered: 04/09/2008) |
| 04/08/2008 | 4 | Emergency Ex Parte Motion For Prejudgment Attachment by Wells Fargo Funding, Inc., Wells Fargo Bank, N.A. (nhall) (Additional attachment(s) added on 4/9/2008: # 1 Proposed Order) (nhall, ). (Entered: 04/09/2008) |
| 04/08/2008 | 5 | Memorandum Of Law In Support Of 4 Emergency Ex Parte Motion For Prejudgment Attachment filed by Wells Fargo Funding, Inc., Wells Fargo Bank, N.A..(Attachments: # 1 exhibit 2 & A & B Part I, # 2 exhibit B Part II & C & D) (nhall) (Entered: 04/09/2008) |
| 04/08/2008 | 6 | Emergency Local Rule 7(C)(2) Motion To File Reference List Under Seal And Memorandum In Support by Wells Fargo Funding, Inc., Wells Fargo Bank, N.A. (nhall) (Entered: 04/09/2008) |
| 04/08/2008 | 7 | Emergency Local Rule 7(C)(2) Motion To File Under Seal Attachments C And D To Affidavit Of Kim Sewich And Memorandum In Support by Wells Fargo Funding, Inc., Wells Fargo Bank, N.A. (nhall) (Entered: 04/09/2008) |
| 04/08/2008 | 8 | NOTICE of Hearing on Motion 4 Emergency Ex Parte Motion For Prejudgment Attachment, 6 Emergency Local Rule 7(C)(2) Motion To File Reference List Under Seal And Memorandum In Support, 7 Emergency Local Rule 7(C)(2) Motion To File Under Seal Attachments C And D To Affidavit Of Kim Sewich And Memorandum In Support: Motion Hearing set for 4/9/2008 at 10:00 AM before District Judge James C. Cacheris. (nhall) (Entered: 04/09/2008) |
| 04/08/2008 | | Reset Deadlines as to 4 Emergency Ex Parte Motion For Prejudgment Attachment, 6 Emergency Local Rule 7(C)(2) To File Reference List Under Seal And Memorandum In Support, 7 Emergency Local Rule 7(C)(2) To File Under Seal Attachments C And D To Affidavit Of Kim Sewich And Memorandum In Support. Motion Hearing set for 4/9/2008 at 02:00 PM before District Judge Liam O'Grady. (nhall) (Entered: 04/09/2008) |
| 04/08/2008 | | BOND For Pre-Judgment Attachment in the amount of $ $1,377,849.00 posted by Wells Fargo Funding, Inc., Wells Fargo Bank, N.A. Receipt #8111/Placed In Cash Box(nhall) (Entered: 04/09/2008) |
| 04/09/2008 | | Notice of Correction re: Plaintiff Attorney David Newton Webster, II Told To Register For Electronic Case Filing At Time Of Filing New Suit. (nhall) (Entered: 04/09/2008) |
| 04/09/2008 | 9 | Minute Entry for proceedings held before District Judge Liam O'Grady: Motion Hearing held on 4/9/2008 re 4 MOTION For Prejudgment Attachment filed by Wells Fargo Funding, Inc., Wells Fargo Bank, N.A. Appearance of counsel for Pltfs. Pltfs EMERGENCY MOTION For Prejudgment Attachment - Granted. |

| | | |
|---|---|---|
| | | Clerk to issue Writ of Attachment on all bank accounts of Vijay Taneja and Financial Mortgage, Inc. Matter cont'd to Friday 4/11/08 @ 10:00. Motion Hearing set for 4/11/2008 at 10:00 AM before District Judge Liam O'Grady. (Court Reporter: Linnell.) (tarm, ) (Entered: 04/10/2008) |
| 04/09/2008 | 10 | ORDER granting 4 Emergency Ex Parte Motion For Prejudgment Attachment by Wells Fargo Funding, Inc., Wells Fargo Bank, N.A. The Clerk is DIRECTED to issue a writ of attachment on any and all bank accounts listing Vijay Taneja and/or Financial Mortgage, Inc. as a signatory or primary account holder. A bond has been posted in the amount of $1,377,849 and is subject to further review. Dfts to submit to this Court an application for a reasonable amount of funds to be released monthly from the attached bank accounts for necessary expenses. Pltfs to provide notice to Dfts of the Complaint and all documents filed in this action following the attachment of bank accounts at BB&T. Pltfs to additionally provide notice of hearing at 10:00 a.m. this Friday, 4/11/08 at which time the Dfts will be provided the opportunity to be heard; Pltfs 6 Motion To File Reference List Under Seal and 7 Motion To File Under Seal Attachments C And D To Affidavit Of Kim Sewich are GRANTED. Signed by District Judge Liam O'Grady on 4/9/08. (tarm, ) (Entered: 04/10/2008) |
| 04/09/2008 | 11 | WRIT of Attachment issued and given to USMS for service on BB&T as to Vijay Teneja and Financial Mortgage, Inc. (tarm, ) (Entered: 04/10/2008) |
| 04/09/2008 | 20 | ORDER granting appearance Pro hac vice of August J. Matteis, Jr. Filing fee $ 50, receipt number 100007825. Signed by District Judge Liam O'Grady on 4/9/08. (Attachments: # 1 Receipt)(nhall) (Additional attachment(s) added on 4/16/2008: # 2 pro hac vice application AJMJ) (nhall, ). (Entered: 04/16/2008) |
| 04/09/2008 | 21 | ORDER granting appearance Pro hac vice of Alyson A. Foster Filing fee $ 50, receipt number 100007824. Signed by District Judge Liam O'Grady on 4/9/08. (Attachments: # 1 pro hac vice app recpt AAF)(nhall) (Additional attachment(s) added on 4/16/2008: # 2 pro hac vice application AAF) (nhall, ). (Entered: 04/16/2008) |
| 04/09/2008 | 22 | ORDER granting appearance Pro hac vice of Derek Y. Sugimura Filing fee $ 50, receipt number 100007823. Signed by District Judge Liam O'Grady on 4/9/08. (Attachments: # 1 pro hac vice app recpt DYS)(nhall) (Entered: 04/17/2008) |
| 04/10/2008 | | Set/Reset Deadlines - Motion Hearing reset from 4/11/08 to 4/18/2008 at 10:00 AM before District Judge Liam O'Grady - per Judge O'Grady's chambers (tarm, ) (Entered: 04/10/2008) |
| 04/10/2008 | 12 | TRANSCRIPT of Proceedings held on 4/9/08 before District Judge O'Grady. Court Reporter: Norman B. Linnell. (nhall) (Entered: 04/10/2008) |
| 04/11/2008 | 13 | Supplemental Emergency Ex Parte Motion For Prejudgment Attachment And Memorandum In Support by Wells Fargo Funding, Inc., Wells Fargo Bank, N.A.. (Attachments: # 1 Proposed Order)(nhall) (Entered: 04/11/2008) |
| 04/11/2008 | 14 | Memorandum in Support of 13 Supplemental Emergency Ex Parte Motion For Prejudgment Attachment And Memorandum In Support filed by Wells Fargo Funding, Inc., Wells Fargo Bank, N.A.. (nhall) (Entered: 04/11/2008) |
| 04/11/2008 | 15 | Emergency Ex Parte Local Rule 7(c)(2) Motion To File Reference List Under Seal And Memorandum In Support by Wells Fargo Funding, Inc., Wells Fargo Bank, N.A. (nhall) (Entered: 04/11/2008) |

| | | |
|---|---|---|
| 04/11/2008 | 16 | Memorandum in Support of 15 Emergency Ex Parte Local Rule 7(c)(2) Motion To File Reference List Under Seal And Memorandum In Support filed by Wells Fargo Funding, Inc., Wells Fargo Bank, N.A. (nhall) (Entered: 04/11/2008) |
| 04/11/2008 | 17 | WRIT of Attachment Returned Executed as to BB & T. (nhall) (Entered: 04/11/2008) |
| 04/11/2008 | 18 | ORDER granting 13 Supplemental Emergency Ex Parte Motion For Prejudgment Attachment. ORDERED that Clerk is DIRECTED to issue a writ of attachment on any and all bank accounts listing Vijay Taneja, and or Financial Mortgage, Inc. as a signatory or primary account holder; that Pltf's provide NOTICE to defts. Taneja and Financial Mortgage of the complaint and all documents filed in this action following the attachment of the above-listed accounts, or by 4/15/08, whichever is earlier; Pltfs are directed to additionally provide NOTICE of hearing at 10AM on 4/18/08, at which time the Defts will be provided the opportunity to be heard. Signed by District Judge Liam O'Grady on 4/11/2008. (rban, ) (Entered: 04/11/2008) |
| 04/11/2008 | 19 | WRIT of Attachment issued and given to USMS for service on Virginia Commerce Bank, Wachovia Bank, Suntrust Bank, Scottrade, and E*Trade as to Vijay Teneja and Financial Mortgage, Inc. (rban, ) (Entered: 04/11/2008) |
| 04/17/2008 | 23 | MOTION to Vacate 19 Writ Issued, 10 Order on Motion for Miscellaneous Relief,,,,,,,,,,,,,, 18 Order on Motion for Miscellaneous Relief,, 11 Writ Issued *and Memorandum in Support* by Vijay Taneja, Financial Mortgage, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Trout, Robert) (Entered: 04/17/2008) |
| 04/17/2008 | 24 | Notice of Hearing Date set for 4/18/08 re 23 MOTION to Vacate 19 Writ Issued, 10 Order on Motion for Miscellaneous Relief,,,,,,,,,,,,,, 18 Order on Motion for Miscellaneous Relief,, 11 Writ Issued *and Memorandum in Support* MOTION to Vacate 19 Writ Issued, 10 Order on Motion for Miscellaneous Relief,,,,,,,,,,,,,, 18 Order on Motion for Miscellaneous Relief,, 11 Writ Issued *and Memorandum in Support* (Trout, Robert) (Entered: 04/17/2008) |
| 04/17/2008 | 25 | Financial Interest Disclosure Statement (Local Rule 7.1) by Financial Mortgage, Inc.. (Trout, Robert) (Entered: 04/17/2008) |
| 04/17/2008 | 26 | MOTION to Compel *Financial Institutions to Provide Verified Account Statements* by Wells Fargo Funding, Inc., Wells Fargo Bank, N.A.. (Webster, David) (Entered: 04/17/2008) |
| 04/17/2008 | 27 | AFFIDAVIT re 2 Summons Issued by Wells Fargo Funding, Inc., Wells Fargo Bank, N.A.. (Webster, David) (Entered: 04/17/2008) |
| 04/17/2008 | 28 | AFFIDAVIT re 2 Summons Issued by Wells Fargo Funding, Inc., Wells Fargo Bank, N.A.. (Webster, David) (Entered: 04/17/2008) |
| 04/18/2008 | 29 | Memorandum in Opposition re 23 MOTION to Vacate 19 Writ Issued, 10 Order on Motion for Miscellaneous Relief,,,,,,,,,,,,, 18 Order on Motion for Miscellaneous Relief,, 11 Writ Issued *and Memorandum in Support* MOTION to Vacate 19 Writ Issued, 10 Order on Motion for Miscellaneous Relief,,,,,,,,,,,,,, 18 Order on Motion for Miscellaneous Relief,, 11 Writ Issued *and Memorandum in Support* filed by Wells Fargo Funding, Inc., Wells Fargo Bank, N.A.. (Attachments: # 1 Exhibit Exhibits 5 and 6 to Opposition)(Webster, David) (Entered: 04/18/2008) |
| | | |

| | | |
|---|---|---|
| 04/18/2008 | | District Judge Liam O'Grady added. District Judge James C. Cacheris no longer assigned to case. (jcor, ) (Entered: 04/18/2008) |
| 04/18/2008 | 30 | Minute Entry for proceedings held before District Judge Liam O'Grady: Motion Hearing held on 4/18/2008 re 26 MOTION to Compel Financial Institutions to Provide Verified Account Statements filed by Wells Fargo Funding, Inc., Wells Fargo Bank, N.A. Appearances of counsel. Motion argued and granted. Order to follow. Other matters continued to 04/25/08 @ 10:00 a.m. (Court Reporter N. Linnell.) (dper) (Entered: 04/18/2008) |
| 04/18/2008 | 31 | ORDER, upon consideration of Pltfs' 26 Motion for Order Directing Financial Institutions to Provide Verified States of Accounts, and all pleadings filed therein, it is hereby Ordered that the relief requested in the Motion is hereby Granted. BB&T Bank, Scottrade, Inc., E*Trade Financial Corp., Virginia Commerce Bank, Suntrust Bank, and Wachovia Bank are hereby DIRECTED to provide Verified Statements regarding the balance of each account listing Taneja and/or Financial Mortgage as a signatory and/or primary account holder. Signed by District Judge Liam O'Grady on 4/18/08. (dper) (Entered: 04/18/2008) |
| 04/18/2008 | 32 | WRIT Of Attachment Returned Executed as to E Trade Financial Corporation. (nhall) Text Modified on 4/18/2008 (nhall). (Entered: 04/18/2008) |
| 04/18/2008 | 33 | WRIT Of Attachment Returned Executed as to Suntrust Bank. (nhall) (Entered: 04/18/2008) |
| 04/18/2008 | 34 | WRIT Of Attachment Returned Executed as to Virginia Commerce Bank. (nhall) (Entered: 04/18/2008) |
| 04/18/2008 | 35 | ORDER that before the Court is Defts' Motion to Vacate Ex Parte Pre-Judgment Attachment. For the reasons stated from the bench and for good cause shown, it is hereby ORDERED that defts' 23 MOTION to Vacate Ex Parte Pre-Judgment Attachment is continued until Friday, April 25, 2008 at 10:00 a.m. The parties are directed to file any supplemental memoranda regarding this hearing by Thursday, April 24, 2008 at noon. Motion Hearing set for 4/25/2008 at 10:00 AM before District Judge Liam O'Grady.Signed by District Judge Liam O'Grady on 4/18/08. (dper) (Entered: 04/18/2008) |
| 04/18/2008 | | Set Deadlines as to 23 MOTION to Vacate 19 Writ Issued, 10 Order on Motion for Miscellaneous Relief, 18 Order on Motion for Miscellaneous Relief,, 11 Writ Issued *and Memorandum in Support* MOTION to Vacate 19 Writ Issued, 10 Order on Motion for Miscellaneous Relief, 18 Order on Motion for Miscellaneous Relief,, 11 Writ Issued *and Memorandum in Support*. Motion Hearing set for 4/18/2008 at 10:00 AM before District Judge Liam O'Grady. (clar, ) (Entered: 04/18/2008) |
| 04/23/2008 | 36 | TRANSCRIPT of Proceedings held on 4/18/08 before District Judge O'Grady. Court Reporter: Norman B. Linnell. (nhall) (Entered: 04/23/2008) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 04/23/2008 11:58:50 | | |
| PACER Login: | sb1490 | Client Code: |

| Description: | Docket Report | Search Criteria: | 1:08-cv-00339-LO-TRJ |
|---|---|---|---|
| Billable Pages: | 4 | Cost: | 0.32 |

Case 1:08-cv-00641-RMU     Document 6-2     Filed 04/24/2008     Page 9 of 9

| Description: | Docket Report | Search Criteria: | 1:08-cv-00339-LO-TRJ |
|---|---|---|---|
| Billable Pages: | 4 | Cost: | 0.32 |

# **EXHIBIT -2**

IN THE UNITED STATES DISTRCT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

WELLS FARGO FUNDING, INC. and )
WELLS FARGO BANK, N.A., )
)
    Plaintiffs, )
v. ) Civil Action No.: 1:08-cv-339
VIJAY TANEJA and )
FINANCIAL MORTGAGE, INC., )
)
    Defendants. )

FILED APR -9 2008 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

## ORDER

Upon consideration of Plaintiffs' Emergency Ex Parte Motion for Prejudgment Attachment (Dkt. no. 4), Memorandum in Support, and all pleadings filed herein, it is hereby

ORDERED that the relief requested in the Motion is hereby GRANTED. The Clerk of the Court is hereby DIRECTED to issue a writ of attachment on any and all bank accounts listing Vijay Taneja ("Taneja") and/or Financial Mortgage, Inc. ("Financial Mortgage") as a signatory or primary account holder, including:

    BB&T Bank Account No. \*\*\*\*\*7331 (Taneja);

    BB&T Bank Account No. \*\*\*\*\*8352 (Taneja); and

    BB&T Bank Account No. \*\*\*\*\*9865 (Taneja).

A bond has been posted by the Plaintiffs in the amount of $1,377,849 and is subject to further review. Further, it is

ORDERED that Taneja and/or Financial Mortgage submit to this Court an application for a reasonable amount of funds to be released monthly from the attached bank accounts for

necessary personal and/or business expenses. It is further,

ORDERED that Plaintiffs provide NOTICE to Defendants Taneja and Financial Mortgage of the Complaint and all documents filed in this action following the attachment of bank accounts at BB&T. Plaintiffs are directed to additionally provide NOTICE of hearing at 10:00 AM this Friday April 11, 2008, at which time the Defendants will be provided the opportunity to be heard. Finally, it is

ORDERED that Platiniffs' Emergency Local Rule 7(C)(2) Motions to File Under Seal Reference List and Attachments (Dkt. nos. 6,7) are GRANTED.

ENTERED this 9th day of April, 2008.

/s/ LOG
Liam O'Grady
United States District Judge

Alexandria, Virginia

IN THE UNITED STATES DISTRCT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division



WELLS FARGO FUNDING, INC., *et ano.*,

        Plaintiffs,

v.

VIJAY TANEJA, *et ano.*,

        Defendants.

Civil Action No. 1:08-CV-339

### ORDER

Upon consideration of Plaintiffs' Emergency Supplemental Ex Parte Motion for Prejudgment Attachment and Memorandum in Support (Dkt. no. \_\_\_\_), and all pleadings filed herein, it is hereby

ORDERED that the relief requested in the Motion is hereby GRANTED. The Clerk of Court is hereby DIRECTED to issue a writ of attachment on any and all bank accounts listing Vijay Taneja ("Taneja"), SSN \*\*\*\*-\*\*-4327, and/or Financial Mortgage, Inc. ("Financial Mortgage") as a signatory or primary account holder, including:

    Virginia Commerce Bank Account No. \*\*\*\*\*6607 (Taneja);

    Wachovia Bank Account No. unknown (Taneja);

    Suntrust Bank Account No. unknown (Taneja);

    Scottrade Account No. unknown (Taneja); and

    E*Trade Account No. unknown (Taneja).

A bond has been posted by the Plaintiffs in the amount of $1,377,849 and is subject to further review. It is further

ORDERED that Plaintiffs provide NOTICE to Defendants Taneja and Financial Mortgage of the Complaint and all documents filed in this action following the attachment of the above-listed accounts, or by April 15, 2008, whichever is earlier. Plaintiffs are directed to additionally provide NOTICE of hearing at 10:00 AM on Friday, April 18, 2008, at which time the Defendants will be provided the opportunity to be heard. Finally, it is

ORDERED that Plaintiffs' Emergency Ex Parte Local Rule 7(C)(2) Motion to File Under Seal Reference List (Dkt. no. ____) is GRANTED.

ENTERED this 11th day of April, 2008.

/s/ 
Liam O'Grady
United States District Judge

Alexandria, Virginia

2