UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELITE ENTERTAINMENT, INC. }<br>        Plaintiff                       }<br>                                         }<br>V.                                    }   Case No.1:08-cv-00641(RMU)<br>                                         }<br>HIMESH VIPINBHAI RESHAMMIYA }<br>        Defendant                  } | |

### NOTICE OF VOLUNTARY
### DISMISSAL WITHOUT PREJUDICE

**PLEASE TAKE NOTICE** that no answer or motion for summary judgement having been served by the Defendant, Plaintiff Elite Entertainment, Inc., ("Elite") through its undersigned counsel, hereby voluntarily dismisses this action without projudice pursuant to Fed.R.Civ.P.41 (a)(1)(i)

Respectfully Submitted

_____
Onkar N.Sharma

Dated : May 14, 2008

- 1 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of May, 2008, I have sent a copy of the foregoing "Notice of Voluntary Dismissal Without Prejudice" by overnight courier/U.S.Mail first class postage prepaid/hand delivered to:

1) Atul Desai, Esquire
   By email: atul.desai@kangacompany.com

2) Mr.Himesh Vipinbhai Reshammiya
   By email: reshammiya@yahoo.com
   d/b/a Himesh Reshammiya Movie Culture
   A-501, Sea Shell Apartments
   Seven Bungalows,
   Versova, Andheri (West)
   Mumbai -400 061, India.

_____<br>
Onkar N.Sharma