UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELITE ENTERTAINMENT, INC.,<br>　　　　Plaintiff,<br>v.<br>HIMESH VIPINBHAI RESHAMMIYA,<br>　　　　Defendant. | Civil Action No. 1:08-cv-00641 (RMU) |

**CONSENT TO VOLUNTARY DISMISSAL
AND APPLICATION IN THE ALTERNATIVE
FOR AN EXTENSION OF TIME**

**Consent to Dismissal**

　　Defendant Himesh Vipinbhai Reshammiya hereby consents to the voluntary dismissal of this action by Plaintiff Elite Entertainment, Inc.

**Application in the Alternative for an Extension of Time**

　　The Court's minute order dated May 5, 2008 directed Defendant to file an answer to the complaint herein consistent with the local rules and to file an opposition to Plaintiff's motion for a preliminary injunction no later than May 15, 2008, which is today.  The undersigned attorneys for Defendant were retained only on May 13, 2008, and contacted counsel for Plaintiff on May 14, 2008 to request Plaintiff's consent to an extension of time to permit them to become familiar with the matter and to prepare appropriate papers for the Court.  Plaintiff took the position that the dismissal it was about to file would obviate any need for an extension of time.

60286805_1.DOC

In the event, which appears unlikely, that the Court should not accept Plaintiff's Notice of Voluntary Dismissal, Defendant requests an extension of its time under the Rules and the Court's minute order to answer, move, or otherwise plead with respect to the complaint, and to file an opposition to Plaintiff's motion for a preliminary injunction, until two weeks after such a ruling by the Court.

Specifically, if required to file further papers in this action, Defendant will argue that the dispute between the parties is subject to an arbitration agreement and should be referred to arbitration in India in accordance with that agreement, pursuant to 9 U.S.C. §206.

Dated:  May 15, 2008

                         Respectfully submitted,

                         HUGHES HUBBARD & REED LLP

                         By: _____
                         John M. Townsend
                         1775 I Street, NW
                         Washington, DC 20006
                         (202) 721-4640
                         Fax:  (202) 721-4646
                         Email:  townsend@hugheshubbard.com
                         *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that I am over the age of 18 and not a party to this action and that on the 15th day of May, 2008, I did cause to be served a true and correct copy of the foregoing Consent to Voluntary Dismissal and Application in the Alternative for an Extension of Time by First Class mail on the attorneys for plaintiff at the address below:

Onkar N. Sharma, Esq.
Sharma Law Group
9911 Georgia Avenue
Silver Spring MD, 20902

And also by email to the following email address: lawonkar@verizon.net.

Dated: Washington, DC
       May 15, 2008

_____
Adam E. Cearley