UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELITE ENTERTAINMENT, INC., <br> Plaintiff, <br> v. <br> HIMESH VIPINBHAI RESHAMMIYA <br> Defendant | Civil Action No. 1:08-cv-00641 (RMU) |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, without prejudice to Defendant's defense that this Court is without personal jurisdiction over Defendant, the undersigned hereby appear as attorneys for Defendant Himesh Vipinbhai Reshammiya in the above titled action.

Dated: May 14, 2008

Respectfully submitted,

HUGHES HUBBARD & REED LLP

By: /s/ John M. Townsend
John M. Townsend
D.C. Bar No. 422674
HUGHES HUBBARD & REED LLP
1775 I Street, NW
Washington, DC 20006
(202) 721-4640
Fax: (202) 721-4646
Email: townsend@hugheshubbard.com
*Attorneys for Defendant*

To:   Onkar N. Sharma, Esq.
      Sharma Law Group
      9911 Georgia Avenue
      Silver Spring, MD 20902

Notice of Appearance (4).doc

## CERTIFICATE OF SERVICE

I hereby certify that I am over the age of 18 and not a party to this action and that on the 14th day of May, 2008, I did cause to be served a true and correct copy of the foregoing Notice of Appearance by First Class mail to the address below:

Onkar N. Sharma, Esq.
Sharma Law Group
9911 Georgia Avenue
Silver Spring MD, 20902

And also by email to the following email address: lawonkar@verizon.net.

Dated: Washington, DC
       May 14, 2008

_____
Adam E. Cearley